## Arthur J. Schmitt, Appellant, v. Continental-Diamond Fibre Company, Appellee.

**Gen. No. 44,696.**

Tenney, Sherman, Rogers & Guthrie, for appellant; L. Dow Nichol, Jr. and S. Ashley Guthrie, of counsel; Rosen, Francis & Cleveland and Louis J. Behan, for appellee; John F. Rosen and James B. O'Shaughnessy, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed March 8, 1950; released for publication April 3, 1950.